COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Kenny Kennard Henry
Rapides Parish Detention
7400 Academy Dr.
Alexandria La 71303

Judgment on rehearing rendered and mailed to all parties or counsel of record on **November 5, 2018**

**REHEARING ACTION: November 5, 2018**

**Docket Number: 18   00705-KH**

**STATE OF LOUISIANA
VERSUS
KENNY KENNARD HENRY**

**Writ Application from Rapides Parish Case No. 339,300**

**BEFORE JUDGES:**

    **Hon. John D. Saunders
    Hon. Marc T. Amy
    Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Kenny Kennard Henry** is:

    **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent